United States District Court
Southern District of Texas
ENTERED

MAY 16 2018

David J. Bradley, Clerk of Court

PROB 22 (Rev. 10/13)

| | |
|---|---|
| **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(Transferring Court)*<br>CR-15-00360-001-TUC-JGZ |
| | **DOCKET NUMBER** *(Receiving Court)*<br>B-18-319 |

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

MAY 14 2018

CLERK U S DISTRICT COURT
BY ___ DISTRICT OF ARIZONA DEPUTY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Juan Manuel Rebolledo-Chavarria<br>(In U.S. Marshal Service custody, Southern District of Texas) | District of Arizona | 4: Tucson |
| | **NAME OF SENTENCING JUDGE**<br>Jennifer G. Zipps<br>U.S. District Judge | |
| | **DATES OF PROBATION/<br>SUPERVISED RELEASE**  FROM 10/25/2016 | TO 10/24/2019 |

**OFFENSE**
Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841(a)(1) and (b)(1)(D), a Class D felony

**PART 1- ORDER TRANFERRING JURISDICTION**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Juan Manuel Rebolledo-Chavarria, be transferred with the records of this Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/30/18
Date

Jennifer G. Zipps
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/7/18
Effective Date

United States District Judge

Andrew S. Hanen

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

B-18-319

United States of America

v.

Juan Manuel Rebolledo-Chavarria

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. CR 15-00360-001-TUC-JGZ(JR)

Vincent L. Lacsamana (CJA)
Attorney for Defendant

USM#: 13510-029      ICE#: A099703888

**THE DEFENDANT ENTERED A PLEA OF** guilty on 4/30/15 to the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 21, U.S.C. §§841(a)(1) and (b)(1)(D), Possession with Intent to Distribute Marijuana, a Class D Felony offense, as charged in the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **EIGHTEEN (18) MONTHS**, with credit for time served. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **THREE (3) YEARS**.

**IT IS FURTHER ORDERED** that the Indictment is dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $100.00     **FINE:** $0.00     **RESTITUTION:** $0.00

The defendant shall pay a special assessment of $100.00, which shall be due immediately.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $100.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for the Information.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

## SUPERVISED RELEASE     B-18-319

Upon release from imprisonment, the defendant is placed on supervised release for a term of **THREE (3) YEARS**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

It is the order of the Court that, pursuant to General Order 12-13, which incorporates the requirements of USSG §§5B1.3 and 5D1.2, you shall comply with the following conditions, of particular importance, you shall not commit another federal, state or local crime during the term of supervision and the defendant shall abstain from the use of illicit substances:

1) You shall not commit another federal, state, or local crime during the term of supervision.
2) You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5) You shall support your dependents and meet other family responsibilities.
6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) You shall notify the probation officer at least ten days prior to any change of residence or employment.
8) You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9) You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. The use or possession of medicinal marijuana, even with a physician's written certification, is not permitted. Possession of controlled substances will result in mandatory revocation of your term of supervision.
10) You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13) You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16) If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon. If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.
17) Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and thereafter at least two, but no more than two periodic substance abuse tests per year of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) and 3583(d);
18) If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.

19) You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.
20) If you have ever been convicted of any qualifying federal or military offense (including any federal felony) listed under 42 U.S.C. § 14135a(d)(1) or 10 U.S.C. § 1565(d), you shall cooperate in the collection of DNA as directed by the probation officer pursuant to 42 U.S.C. § 14135a(a)(2).

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1. If deported, you shall not re-enter the United States without legal authorization.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

The Court orders commitment to the custody of the Bureau of Prisons and recommends that the defendant be placed in an institution in the State of Iowa.

Date of Imposition of Sentence: **Thursday, August 6, 2015**

_____   DATED this 7th day of August, 2015.
Jennifer G. Zipps
United States District Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____   By:_____
United States Marshal                               Deputy Marshal

CR 15-00360-001-TUC-JGZ(JR) - Rebolledo-Chavarria

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA



FILED _____ LODGED _____
RECEIVED _____ COPY
APR 30 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America,

　　　　　Plaintiff,

vs.

Juan Manuel Rebolledo-Chavarria,

　　　　　Defendant.

Case No.

CR-15-360-TUC-JGZ-JR

WAIVER OF INDICTMENT

B-18-319

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4·30·15

　　　　　*Juan Manuel Rebolledo*
　　　　　Juan Manuel Rebolledo-Chavarria
　　　　　Defendant

　　　　　*Vincent L. Lacsamana*
　　　　　Vincent L. Lacsamana, Esq.
　　　　　Attorney for Defendant

　　　　　*[signature]*
　　　　　United States Magistrate Judge

JOHN S. LEONARDO
United States Attorney
District of Arizona
JOHN P. FUCETOLA
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: john.fucetola@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

APR 30 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

B-18-319

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Juan Manuel Rebolledo-Chavarria,

Defendant.

Case No. CR-15-360-TUC-JGZ
JR

INFORMATION

Violation: 21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(D)

(Possession with Intent to Distribute less than 50 kg of Marijuana)

(Felony)

THE UNITED STATES ATTORNEY ALLEGES:

On or about January 28, 2015, at or near Quijotoa, on the Tohono O'odham Indian Nation, in the District of Arizona, Juan Manuel Rebolledo-Chavarria did knowingly and intentionally possess with intent to distribute less than 50 kilograms (approximately 24 kilograms) of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D).

JOHN S. LEONARDO
United States Attorney
District of Arizona

*JDF for*

JOHN P. FUCETOLA
Assistant U.S. Attorney

4-30-15
Date

CLOSED,TRANSFER-OUT

B-18-319

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CRIMINAL DOCKET FOR CASE #: 4:15-cr-00350-JGZ-JR All Defendants

Case title: USA v. Rebolledo-Chavarria
Magistrate judge case number: 4:15-mj-00076-N/A-JR

Date Filed: 02/25/2015
Date Terminated: 08/07/2015

Assigned to: Judge Jennifer G Zipps
Referred to: Magistrate Judge Jacqueline M Rateau

### Defendant (1)

**Juan Manuel Rebolledo-Chavarria**
*TERMINATED: 08/07/2015*

represented by **Vincent L Lacsamana**
Vincent L Lacsamana PC
455 W Paseo Redondo
Tucson, AZ 85701-8254
520-620-6222
Fax: 520-882-8414
Email: vinzlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *CJA Appointment*

### Pending Counts

### Disposition

committed to the custody of the Bureau of Prisons for a term of EIGHTEEN (18)

| | |
|---|---|
| 21:841(a)(1) and (b)(1)(D); Possession with Intent to Distribute Marijuana (1s) | MONTHS, with credit for time served. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of THREE (3) YEARS |

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 21:846 Consoiracy to Possess with Intent to Distribute Marijuana (1) | Dismissed |
| 21:841(a)(1) and 841(b)(1)(C) Possession with Intent to Distribute Marijuana (2) | Dismissed |
| 8:1326, enhanced by 8:1326(b)(1) Illegal Re-Entry (3) | Dismissed |

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| 21:841(a)(1) and 841(b)(1)(C) Possession w/Intent to Distribute Marijuana, all in violation of 21:846 Conspiracy to Possess w/Intent to Distribute | |

Marijuana

**Plaintiff**

B-18-319

**USA**     represented by **John Paul Fucetola - Inactive**
US Attorneys Office - Tucson, AZ
405 W Congress St., Ste. 4800
Tucson, AZ 85701-4050
520-620-7438
Fax: 520-620-7320
Email: USAAZ.DepartedAUSAs@usdoj.gov

*TERMINATED: 05/14/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Assistant US Attorney*

**Kevin Charles Hakala**
US Attorneys Office - Tucson, AZ
405 W Congress St., Ste. 4800
Tucson, AZ 85701-4050
520-620-7313
Fax: 520-620-7320
Email: kevin.hakala@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2015 |   | Arrest of Juan Manuel Rebolledo-Chavarria on 1/28/2015. (ADI-SMJ, ) [4:15-mj-00076-N/A-JR] (Entered: 01/29/2015) |
| 01/29/2015 | 1 | COMPLAINT as to Juan Manuel Rebolledo-Chavarria. (ADI-SMJ, ) [4:15-mj-00076-N/A-JR] (Entered: 01/29/2015) |

| | | |
|---|---|---|
| 01/29/2015 | 2 | **MINUTE ENTRY** for proceedings held before Magistrate Judge Eric J Markovich: Initial Appearance Without Counsel as to Juan Manuel Rebolledo-Chavarria held on 1/29/2015. Defendant states true name to be the same. Government's motion for detention and request for continuance of the Detention Hearing is granted. Defendant temporarily detained in the custody of the U.S. Marshal. Interpreter required for Juan Manuel Rebolledo-Chavarria (1) SPANISH.<br><br>**Appearances**: AUSA David Flannigan (duty) for the Government. Defendant is present and in custody. Spanish Interpreter Joyce Garcia assists defendant. Detention/Preliminary Hearing set for 2/2/2015 at 10:30 AM before Magistrate Judge Bruce G Macdonald. (Recorded by COURTSMART.) Hearing held 2:28 pm to 2:46 pm. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SVC) [4:15-mj-00076-N/A-JR] (Entered: 01/30/2015) |
| 02/02/2015 | 3 | **MINUTE ENTRY** for proceedings held before Magistrate Judge Bruce G Macdonald: Attorney Appointment/Detention/Preliminary Hearing as to Juan Manuel Rebolledo-Chavarria held on 2/2/2015. John Paul Fucetola added for USA. Appointing Vincent L Lacsamana for Juan Manuel Rebolledo-Chavarria with Appointment Type: CJA., Defendant continued detained pending trial. Preliminary Hearing waived on 2/2/2015. Finding: Defendant held to answer before District Court. Case referred to Magistrate Judge Rateau.<br><br>**Appearances**: AUSA Chris Brown for John Fucetola for the Government, CJA Attorney Vincent Lacsamana for defendant. Defendant is present and in custody. Spanish Interpreter Beatriz Senor assists defendant. (Recorded by COURTSMART.) Hearing held 10:46 am to 10:49 am. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MJF) [4:15-mj- |

| | | |
|---|---|---|
| | | 00076-N/A-JR] (Entered: 02/02/2015)  B-18-319 |
| 02/02/2015 | 4 | ORDER OF DETENTION as to Juan Manuel Rebolledo-Chavarria. Signed by Magistrate Judge Bruce G Macdonald on 2/2/15.(MJF) [4:15-mj-00076-N/A-JR] (Entered: 02/02/2015) |
| 02/03/2015 | 5 | NOTICE *OF INTENT TO DESTROY CONTRABAND* by USA as to Juan Manuel Rebolledo-Chavarria. (Fucetola, John) [4:15-mj-00076-N/A-JR] (Entered: 02/03/2015) |
| 02/25/2015 | 6 | INDICTMENT as to Juan Manuel Rebolledo-Chavarria (1) count(s) 1, 2, 3. Arraignment set for 3/13/2015 at 11:00 AM before Magistrate Judge Eric J Markovich. TRIAL date is 4/21/2015 @ 9:30 AM, PLEA DEADLINE set 4/3/2015. NOTE: Notice of Intent to waive Defendants Presence at Arraignment shall be filed not later than Tuesday prior to arraignment. (BAR) (Entered: 02/26/2015) |
| 03/13/2015 | 9 | MINUTE ENTRY for proceedings held before Magistrate Judge Eric J Markovich: Arraignment as to Juan Manuel Rebolledo-Chavarria held on 3/13/2015. Defendant(s) state true name to be the same. Defendant enters plea of NOT guilty to all pending counts.,Defendant provided with copy of indictment. Reading waived. Motion Hearing Date: All pretrial motions shall be filed sufficiently in advance of trial to avoid any delays in the trial pursuant to LRCrim 47.1. It is the responsibility of counsel to contact the referred Magistrate Judge to schedule a hearing on any motions requiring oral argument. Any motion or stipulation to continue the scheduled trial date and change of plea hearing deadline shall be filed with the Clerk of the Court no later than 5:00 p.m. on the Monday following the plea deadline.<br><br>**Appearances**: AUSA Ryan DeJoe, attorney on duty for the Government, CJA Attorney Vincent Lacsamana for defendant. Defendant is present and in custody. Spanish |

CM/ECF - azd Page 6 of 10
Case 1:18-cr-00319 Document 1 Filed in TXSD on 05/16/18 Page 12 of 16
B-18-319

| | | |
|---|---|---|
| | | Interpreter Juan Radillo assists defendant. Jury Trial set for 4/21/2015 at 9:30 AM before Judge Jennifer G Zipps. Plea deadline is 4/3/2015. (Recorded by COURTSMART.) Hearing held 11:25 AM to 11:51 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ADI-MJF, ) (Entered: 03/13/2015) |
| 03/30/2015 | 10 | NOTICE OF RELATED CASE CR-15-50055-JGZ-JR as to Juan Manuel Rebolledo-Chavarria. (ALS) (Entered: 03/30/2015) |
| 04/06/2015 | 11 | First MOTION to Continue Trial and Plea Deadline by Juan Manuel Rebolledo-Chavarria. (Lacsamana, Vincent) (Entered: 04/06/2015) |
| 04/07/2015 | 12 | ORDER granting 11 Motion to Continue Trial and Plea Deadline filed as to Juan Manuel Rebolledo-Chavarria (1). Jury Trial set for 5/27/2015 at 09:30 AM before Judge Jennifer G. Zipps. Plea deadline is 5/8/2015. Signed by Judge Jennifer G. Zipps on 4/7/2015.(SVC) (Entered: 04/07/2015) |
| 04/16/2015 | 13 | NOTICE OF CHANGE OF PLEA HEARING set for Thursday, April 30, 2015 at 9:15 A.M. by Juan Manuel Rebolledo-Chavarria. (Lacsamana, Vincent) (Entered: 04/16/2015) |
| 04/16/2015 | 14 | Defense counsel having contacted the court, IT IS ORDERED, as to Juan Manuel Rebolledo-Chavarria, that the Change of Plea Hearing is set for 4/30/2015 at 9:15 AM before Magistrate Judge Jacqueline M Rateau. Ordered by Magistrate Judge Jacqueline M Rateau.(JR, yg)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 04/16/2015) |
| 04/30/2015 | 15 | WAIVER OF INDICTMENT by Juan Manuel Rebolledo-Chavarria. (PTR) (Entered: 04/30/2015) |
| 04/30/2015 | 16 | INFORMATION - Felony as to Juan Manuel Rebolledo- |

CM/ECF - azd   Page 7 of 10
Case 1:18-cr-00319   Document 1   Filed in TXSD on 05/16/18   Page 13 of 16
B-18-319

| | | |
|---|---|---|
| | | Chavarria (1) count(s) 1s. (PTR) (Entered: 04/30/2015) |
| 04/30/2015 | 17 | MINUTE ENTRY for proceedings held before Magistrate Judge Jacqueline M Rateau: Arraignment on s as to Juan Manuel Rebolledo-Chavarria held on 4/30/2015. Defendant(s) state true name to be the same. Change of Plea Hearing held. Defendant enters a plea of guilty as to the Information. THE COURT ORDERS the trial date/pending hearings VACATED. Pending motions are rendered moot. Prior custody orders are AFFIRMED. The Court directs the US Probation Office to prepare a Presentence Report., <br><br>**Appearances**: AUSA Ryan DeJoe for John Fucetola for the Government, CJA Attorney Vincent Lacsamana for defendant. Defendant is present and in custody. Spanish Interpreter Beatriz Senor assists defendant. Sentencing set for 7/24/2015 at 11:20 AM before Judge Jennifer G Zipps. (Recorded by COURTSMART.) Hearing held 9:15 to 9:30. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (PTR) (Entered: 04/30/2015) |
| 04/30/2015 | 18 | CONSENT OF DEFENDANT Juan Manuel Rebolledo-Chavarria AND ORDER OF REFERRAL to Magistrate Judge Jacqueline Rateau for entry of guilty plea. Signed by Judge Jennifer G Zipps on 04/30/2015.(PTR) (Entered: 04/30/2015) |
| 04/30/2015 | 19 | PLEA AGREEMENT as to Juan Manuel Rebolledo-Chavarria. (PTR) (Entered: 04/30/2015) |
| 04/30/2015 | 20 | MAGISTRATE JUDGE FINDINGS & RECOMMENDATION UPON A PLEA OF GUILTY as to Juan Manuel Rebolledo-Chavarria. Signed by Magistrate Judge Jacqueline M Rateau on 04/30/2015. (PTR) (Entered: 04/30/2015) |
| 05/01/2015 | | NOTICE OF ASSIGNMENT: The presentence investigation has been assigned to USPO Ferasin as to |

| | | |
|---|---|---|
| | | Juan Manuel Rebolledo-Chavarria. (Ferasin, Christy) (Entered: 05/01/2015) |
| 05/18/2015 | 21 | The District Court has reviewed the Findings and Recommendations of the Magistrate Judge 20 , and no objections have been filed. Therefore, IT IS ORDERED that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts defendant's PLEA OF GUILTY as to Juan Manuel Rebolledo-Chavarria. Ordered by Judge Jennifer G. Zipps.(SVC) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 05/18/2015) |
| 07/17/2015 | 24 | To accommodate the Court calendar, IT IS ORDERED the Sentencing set for 7/24/2015, as to Juan Manuel Rebolledo-Chavarria, is RESET. Sentencing set for 8/6/2015 at 10:40 AM in Courtroom 5B, 405 West Congress Street, Tucson, AZ 85701 before Judge Jennifer G Zipps. Ordered by Judge Jennifer G Zipps.(JGZ, cp) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 07/17/2015) |
| 07/31/2015 | 25 | SENTENCING AND DISPOSITION MEMORANDUM by Juan Manuel Rebolledo-Chavarria. (Lacsamana, Vincent) (Entered: 07/31/2015) |
| 08/06/2015 | 26 | MINUTE ENTRY for proceedings held before Judge Jennifer G. Zipps: Sentencing as to Juan Manuel Rebolledo-Chavarria held on 8/6/2015. Defendant's request for a variance is denied. Sentence imposed. Judgment to issue.<br><br>Appearances: AUSA John Fucetola for the Government, (CJA) Vincent L. Lacsamana for defendant. Defendant is present and in Custody. SPANISH Interpreter Derek Sully assists defendant. (Court Reporter Aaron LaDuke.) Hearing held 10:47 am to 11:02 am. This is a TEXT |

B-18-319

| | | |
|---|---|---|
| | | ENTRY ONLY. There is no PDF document associated with this entry. (SVC) (Entered: 08/06/2015) |
| 08/07/2015 | 28 | JUDGMENT AND COMMITMENT ISSUED as to Juan Manuel Rebolledo-Chavarria (1), Count(s) 1, 2, 3, Dismissed; Count(s) 1s, committed to the custody of the Bureau of Prisons for a term of EIGHTEEN (18) MONTHS, with credit for time served. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of THREE (3) YEARS. Special Assessment $100.00. Signed by Judge Jennifer G. Zipps on 8/7/2015.(SVC) (Entered: 08/07/2015) |
| 05/01/2018 | 31 | SUPERVISED RELEASE TRANSFER OUT PENDING re: transfer to Southern District of Texas as to Juan Manuel Rebolledo-Chavarria. Prob 22 signed on 4/30/18. Return of Prob 22 Form deadline set for 7/2/2018. (SVC) (Entered: 05/01/2018) |
| 05/14/2018 | 34 | NOTICE OF ATTORNEY SUBSTITUTION: Kevin C. Hakala appearing for USA. Attorney John Paul Fucetola - Inactive terminated . (Hakala, Kevin) (Entered: 05/14/2018) |
| 05/14/2018 | 35 | Supervised Release Jurisdiction Transferred to Southern District of Texas as to Juan Manuel Rebolledo-Chavarria. (BAR) (Entered: 05/14/2018) |
| 05/14/2018 | 36 | Notice to Southern District of Texas of Transfer of Supervised Release as to Juan Manuel Rebolledo-Chavarria. Your case number is: B-18-319. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate e-mail. *(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (BAR) (Entered: 05/14/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/15/2018 13:13:57 | | | |
| PACER Login: | us0288:2650724:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:15-cr-00360-JGZ-JR |
| Billable Pages: | 4 | Cost: | 0.40 |